# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

ERNESTO DALES LONGORIA,     )   Case No.: 1:13cv-00931-SKO
                                   )
                                   )   **ORDER GRANTING APPLICATION TO**
         Plaintiff,       )   **PROCEED IN FORMA PAUPERIS**
                                   )
   v.                          )
                                   )   (Doc. 4)
CAROLYN W. COLVIN,         )
Acting Commissioner of Social Security,   )
                                   )
         Defendant.      )
_____)

     Plaintiff Ernesto Dales Longoria filed a complaint on June 19, 2013, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

     Accordingly, IT IS HEREBY ORDERED THAT:

     1.    Plaintiff's application to proceed *in forma pauperis* is GRANTED;

     2.    The Clerk of Court is DIRECTED to issue a summons; and

     3.    The United States Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant as directed by the plaintiff.

IT IS SO ORDERED.

**Dated:   June 20, 2013**          **/s/ Sheila K. Oberto**
                                   UNITED STATES MAGISTRATE JUDGE