# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ERNESTO DALES LONGORIA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | No. 1:13-cv-00931-SKO<br><br>JOINT STIPULATION TO EXTEND DEFENDANT'S TIME TO FILE ANSWERING BRIEF; ORDER THEREON |

　　　Because Defendant's counsel was furloughed during the lapse in appropriations of executive branch agencies, he, along with the rest of the Office of the General Counsel, has a substantial backlog of civil litigation work, despite diligent prioritization and efforts to work through this backlog as efficiently as possible. Also, he has a longstanding leave of absence slated for much of April 2014. For these reasons, the parties jointly stipulate to an extension of time for filing the Commissioner's answering brief, up to and including April 23, 2014. The parties stipulate in good faith, with no intent to delay proceedings unduly.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Date: *March 21, 2014*　　　　　　　　　*/s/ Young Chul Cho*
　　　　　　　　　　　　　　　　　YOUNG CHUL CHO
　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Date: *March 21, 2014*                            BENJAMIN B. WAGNER
                                                  United States Attorney
                                                  DONNA L. CALVERT
                                                  Acting Regional Chief Counsel, Region IX
                                                  Social Security Administration

                                                  */s/ Timothy R. Bolin*
                                                  TIMOTHY R. BOLIN
                                                  Special Assistant U.S. Attorney
                                                  Attorneys for Defendant

## ORDER

Pursuant to the parties' joint stipulation, IT IS HEREBY ORDERED that:

1. Defendant shall file a responsive brief on or before April 23, 2014; and
2. Plaintiff may file an optional reply brief on or before May 12, 2014.

IT IS SO ORDERED.

Dated:   **March 26, 2014**                            **/s/ Sheila K. Oberto**
                                                       UNITED STATES MAGISTRATE JUDGE