UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(FRESNO)

| | |
|---|---|
| ERNESTO DALES LONGORIA, <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN, <br> Acting Commissioner of Social Security, <br><br> Defendant. | No. 1:13-cv-00931-SKO <br><br> **JOINT STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g); ORDER OF REMAND, AND ENTRY OF JUDGMENT** |

JOINT STIPULATION

THE PARTIES HEREBY STIPULATE, through their undersigned attorneys and subject to the approval of the Court, to voluntary remand of this case for further administrative proceedings, pursuant to sentence four of 42 U.S.C. § 405(g); to order of such remand; and to entry of judgment for Plaintiff.

Upon remand, the administrative law judge (ALJ) will comply with the Appeals Council's order to consider the medical source opinions of record specifically, including the opinion offered by Michael J. Espesito, M.D., in accordance with the provisions of Social Security Rulings 96-2p and 96-5p. The ALJ will also explain the weight given to all medical opinions and, if rejecting any opinion or aspect thereof, provide specific and

legitimate reasons for doing so. Finally, the ALJ will call upon a vocational expert to assist in making appropriate findings at step four and, if necessary, step five of the sequential disability analysis.

Respectfully submitted,

Date: *April 22, 2014*         */s/ Young Chul Cho*
                              YOUNG CHUL CHO
                              Attorney for Plaintiff

Date: *April 22, 2014*         BENJAMIN B. WAGNER
                              United States Attorney
                              DONNA L. CALVERT
                              Acting Regional Chief Counsel, Region IX
                              Social Security Administration

                               */s/ Timothy R. Bolin*
                              TIMOTHY R. BOLIN
                              Special Assistant United States Attorney

## **ORDER**

Based on the foregoing joint stipulation, THE COURT ORDERS that:

1. This case shall be remanded to the Social Security Administration for further proceedings consistent with the parties' joint stipulation;
2. The Clerk of Court is directed to enter judgment in favor of Plaintiff; and
3. This case shall be administratively closed.

IT IS SO ORDERED.

Dated:   **April 22, 2014**                    **/s/ Sheila K. Oberto**
                                          UNITED STATES MAGISTRATE JUDGE

2