# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO DALES LONGORIA,<br><br>        Plaintiff,<br><br>    vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No. 1:13-cv-00931-SKO<br><br>**STIPULATION AND ORDER FOR ATTORNEY'S FEES UNDER 28 U.S.C. § 2412 (d)** |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Ernesto Dales Longoria be awarded attorney fees and expenses in the amount of four thousand four hundred dollars ($4,400.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to Ernesto Dales Longoria, the government will consider the matter of Ernesto Dales Longoria's assignment of EAJA fees to Young Cho. The retainer agreement containing the assignment is attached as exhibit 1. Pursuant to *Astrue v.*

*Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Ernesto Dales Longoria, but if the Department of the Treasury determines that Ernesto Dales Longoria does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Law Offices of Lawrence D. Rohlfing, pursuant to the assignment executed by Ernesto Dales Longoria.  *United States v. $186,416.00*, 722 F.3d 1173, 1176 (9th Cir. 2013) (*$186,416.00 II*) (ordering fees paid to counsel because of an assignment that did not interfere with a raised superior lien).[1]  Any payments made shall be delivered to Young Cho.

This stipulation constitutes a compromise settlement of Ernesto Dales Longoria's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Ernesto Dales Longoria and/or Young Cho, including the Law Offices of Lawrence D. Rohlfing, may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Young Cho and/or the Law Offices of Lawrence D. Rohlfing to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

///

///

---

[1] The Commissioner does not stipulate to the citation of *$186,416.00 II*, and will not participate in representing to this Court that it carries legal import in these proceedings.  *$186,416 II* involved a different statute and very different factual circumstances than those presented here, or in other Social Security cases.  Because the parties have agreed to the payment of EAJA fees, and the amount, and to avoid motion practice solely related to Plaintiff's citation, the Commissioner agrees to this stipulation. The Commissioner reserves the right to challenge the applicability of *$186,416 II* to any Social Security case, and this Stipulation should not be construed as a waiver of such reservation.

Ernesto Longoria contends that *U.S. v. $186,416.00 in U.S. Currency*, 642 F.3d 753, 757 (9th Cir. 2011) (*$186,416.00 I*) held that there is no functional difference between the CAFRA and EAJA in terms of "ownership" of the fee.

DATE: May 19, 2014                    Respectfully submitted,

                                          LAW OFFICES OF LAWRENCE D. ROHLFING

                                               /s/ *Young Cho*
                                       BY:_____
                                          Young Cho
                                          Attorney for plaintiff Ernesto Dales Longoria

DATE: May 19, 2014                    BENJAMIN B. WAGNER
                                          United States Attorney

                                          /s/ *Timothy R. Bolin*
                                          _____
                                          Timothy R. Bolin
                                          Special Assistant United States Attorney
                                          Attorneys for Defendant Carolyn W. Colvin,
                                          Acting Commissioner of Social Security
                                          (Per e-mail authorization)

## ORDER

Pursuant to the parties' Stipulation, IT IS HEREBY ORDERED that Plaintiff shall be awarded FOUR THOUSAND FOUR HUNDRED dollars ($4,400) in attorney's fees and expenses, subject to the terms of the above-referenced Stipulation.

IT IS SO ORDERED.

Dated:   **May 20, 2014**                    **/s/ Sheila K. Oberto**
                                                       UNITED STATES MAGISTRATE JUDGE